UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Eduardo Garcia Silva,<br><br>                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, SENIOR WARDEN, OTAY MESA DETENTION FACILITY, ET AL.,<br><br>                    Respondents. | Case No.: 25-cv-2329-JES-KSC<br><br>**ORDER:**<br><br>**(1) REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; and**<br><br>**(2) SETTING BRIEFING SCHEDULE** |
|---|---|

Before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On September 7, 2025, Petitioner filed the required filing fee. ECF No. 1. The case was then transferred to this Court on September 8, 2025. ECF No. 2. Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a response to the Petition by **October 10, 2025**. The response shall include any documents relevant to the determination of the issues raised in the Petition and address whether an evidentiary hearing on the Petition is needed.

//

//

//

1  Respondents shall serve a copy of the response on the Petitioner. Petitioner may file an
2  optional traverse in support of the Petition by **October 31, 2025**. The Court shall take the
3  matter under submission and no oral argument will be required.
4      **IT IS SO ORDERED.**
5  Dated: September 9, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge