UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GARCIA SILVA,<br><br>                  Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California; PATRICK DIVVER, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; SIRCE OWEN, Acting Director for Executive Office for Immigration Review; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAM BONDI, Attorney General of the United States;<br><br>                  Respondents. | Case No.: 25-cv-2329-JES-DDL<br><br>**ORDER:**<br><br>**(1) VACATING THE COURT'S SEPTEMBER 10, 2025 ORDER REQUIRING A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS;**<br><br>**(2) REQUIRING A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS;**<br><br>**(3) SETTING BRIEFING SCHEDULE; AND**<br><br>**(4) SETTING HEARING** |

    On September 7, 2025, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and paid the required filing fee. ECF No. 1. The case was then transferred to this Court on September 8, 2025. On September 10, 2025, the Court

issued an order for Respondents to show cause as to why the Petition should not be granted. ECF No. 3. On its own motion, the Court hereby **VACATES** its September 10th Order and sets forth an updated briefing schedule and hearing below.

Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a written response no later than 5:00 p.m. on Monday, September 22, 2025. Petitioner **SHALL SERVE** on Respondents copies of both the Petition and this Order as soon as practicable and **SHALL FILE** proof of such service no later than 5:00 p.m. on Friday, September 19, 2025. Additionally, the Court **SETS** an Order to Show Cause Hearing for Wednesday, September 24, 2025, at 2:30 p.m. in Courtroom 4B.

**IT IS SO ORDERED.**

Dated: September 16, 2025

Honorable James E. Simmons Jr.
United States District Judge