

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Eduardo Garcia Silva

Plaintiff,

V.

See Attachment

Defendant.

Civil Action No.   25-cv-2329-JES-KSC

**CLERK'S JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Writ of Habeas Corpus is Granted.  Respondents are Ordered to immediately release the Petitioner upon his posting of the ordered bond, with no additional conditions beyond those imposed by the Immigration Judge at the bond redetermination hearing. The Parties are Ordered to file a Joint Status Report confirming that the Petitioner has been released, assuming all bond conditions have been met. Joint Status Report filed on 9/30/2025 confirming Petitioner was released from ICE Custody.  The case is hereby closed.

Date:   9/30/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Quinata

M. Quinata, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.  25-cv-2329-JES-KSC

v.

Respondents:

Christopher J. LaRose, Senior Warden, Otay Mesa Detention Center, San Diego, California;

Patrick Divver, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security;

Todd M. Lyons, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;

Sirce Owen, Acting Director for Executive Office for Immigration Review;

Kristi Noem, Secretary, U.S. Department of Homeland Security;

Pam Bondi, Attorney General of the United StatesSecretary, U.S. Department of Homeland Security